MAX ROSENBERG, PETITIONER-PETITIONER, v. KRAMER-TRENTON CO., RESPONDENT-RESPONDENT.

*Mr. Sidney H. Grad* for the petitioner.

*Mr. Edward B. Meredith* for the respondent.

February 23, 1959.   Denied.

MARTIN SNYDER, PLAINTIFF-RESPONDENT, v. I. JAY REALTY CO., *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Shaw, Pindar, McElroy, Connell & Foley, Messrs. Beggans & Keale* and *Mr. Robert E. Tarleton* for the petitioners.

*Mr. Theodore Schwartz, Mr. Nathan Baker* and *Mr. Bernard Chazen* for the respondent.

February 23, 1959.   Granted.